JOHN D. AGEE  
J. TIMOTHY BOBO  
MARTIN W. CASH, JR.  
J. MICHAEL CLEMENT  

J. CARSON RIDENOUR, SR.  
(1908 – 2002)  
G. W. RIDENOUR, JR.  
(1936 – 1986)  
RONALD H. RIDENOUR  
(RETIRED – 2003)  
ROGER L. RIDENOUR  
(RETIRED – 2006)  

# RIDENOUR & RIDENOUR
## ATTORNEYS AT LAW

ESTABLISHED 1963

POST OFFICE BOX 530  
CLINTON, TENNESSEE 37717-0530

WWW.RIDENOURLAW.COM

CLINTON OFFICE:  
108 S. MAIN STREET  
CLINTON, TENNESSEE 37716  
TELEPHONE: 865.457.0755  
FAX: 865.457.4878  

KINGSTON OFFICE:  
339 W. RACE STREET  
POST OFFICE BOX 776  
KINGSTON, TENNESSEE 37763  
TELEPHONE: 865.376.9943  
FAX: 865.376.3632  
1.800.810.3476  

October 29, 2019



W. Michael Baisley, Esq.  
Long Ragsdale & Waters, P.C.  
1111 N. Northshore Drive, Suite S-700  
Knoxville, TN 37919

RE: Dibble v. Van Asten  
United States District Court, Eastern District of Tennessee, No. 3:19-cv-00389

Dear Mr. Baisley:

It is my understanding a teleconference was held this afternoon between Judge Varlan's assistant, Lorie, my paralegal, and you, at which time you indicated that either you or your client did not desire to allow a magistrate to hear this case. In accordance with the Court's Order of October 7, 2019, enclosed please find a copy of the *Notice of Consent/Non-Consent to Magistrate Judge* indicating the Plaintiff has agreed to have a magistrate hear the case.

Very truly yours,

FOR THE FIRM:

J. Michael Clement

:slc  
Enclosure  
cc: Hon. Thomas A. Varlan  
    Lynden C. Dibble



Lynden C. Dibble

*Plaintiff(s),*

v.

Felicia Van Aster,

*Defendant(s).*

Case No. 3:19-cv-00389-TAV-DCP

## NOTICE OF CONSENT / NON-CONSENT TO MAGISTRATE JUDGE

All parties to the above-captioned civil matter are **DIRECTED** to select one of the following two options and, as soon as practicable, file a single joint copy of this document on the Court's electronic case filing system.

☒ In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties to this action hereby **consent** to have a United States magistrate judge conduct all further proceedings in the above-captioned civil matter, including trial and entry of final judgment.

Pursuant to 28 U.S.C. § 636(c)(3), any appeal from a judgment of the presiding magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court.

☐ The parties **do not consent** to proceed before a magistrate judge.

---

*Complete this section only if all parties have consented to proceed before a magistrate judge.*

If all parties to this action consent to proceed before a magistrate judge, each party must provide a representative signature below *(electronic signatures and signatures by permission are acceptable):*

| Parties' printed names | Signature of parties/attorneys | Date |
|---|---|---|
| J. Michael Clement for Plaintiff | [signature] | 10/29/19 |
|  |  |  |
|  |  |  |
|  |  |  |

*(If necessary, include all additional parties on a separate sheet.)*

RIDENOUR & RIDENOUR
ATTORNEYS AT LAW
ESTABLISHED 1963

POST OFFICE BOX 530
CLINTON, TENNESSEE 37717-0530

Hon. Thomas A. Varlan
United States District Judge
United States District Court
800 Market Street, Suite 143
Knoxville, TN 37902